IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BIKRAMJIT AHLUWALIA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:25-CR-282 |

**JOINT MOTION TO ACCEPT EARLY PAYMENT OF MONETARY PENALTIES**

NOW COME Plaintiff, the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and Defendant Bikramjit Ahluwalia, through the undersigned defense counsel Brian S. Cromwell and Holly A. Pierson, who submit this Joint Motion to Accept Early Payment of Monetary Penalties, and state as follows:

1. The parties to this matter have executed a Plea Agreement, which was filed with the Court on October 20, 2025. (Doc. No. 2). Defendant has agreed, as part of the aforementioned Plea Agreement, to pay full restitution. *Id.* at ¶ 10(a).

2. Defendant intends to liquidate certain assets and wishes to place proceeds from said assets in the registry of the Court as partial payment of restitution.

3. The Clerk of Court has advised the United States that it would be its preference to have the Court issue an Order (1) directing the Clerk of Court to accept pre-payment of monetary penalties and deposit funds into the non-interest bearing Treasury Registry Fund until entry of the Judgment; and (2) directing the Clerk of Court to, upon entry of the Judgment, transfer the funds from the Treasury Registry Fund to the Restitution Fund for disbursement to victims as identified in the Judgment.

WHEREFORE, the United States and Defendant respectfully request this Honorable Court to issue an Order directing the United States Clerk of Court to accept pre-payment of monetary penalties and deposit the funds into the non-interest bearing Treasury Registry Fund until entry of the Judgment; and directing the Clerk of Court to, upon entry of the Judgment, transfer the funds from the Treasury Registry Fund to the Restitution Fund for disbursement to victims.

Respectfully submitted the 5th day of March, 2026.


RUSS FERGUSON
UNITED STATES ATTORNEY

By: /s/ Brian S. Cromwell
Brian S. Cromwell, NCSB#: 23488
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
Tel: (704) 372-9000
Fax: (704) 334-4706
Email: briancromwell@parkerpoe.com

Holly A. Pierson
Pierson Law LLC
GASB#579655
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (404) 353-2316
Fax: (470) 729-7018
Email: hpierson@piersonlawllc.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*

By: /s/ Benjamin Bain-Creed
Benjamin Bain-Creed
Florida Bar # 0021436
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
704/344-6222 (Main Line)
704/227-0197 (Fax)
Benjamin.Bain-Creed@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, a copy of the foregoing was filed electronically. Notice of this filing is sent by operation of the electronic filing system to all parties indicated on the electronic filing receipt.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Benjamin Bain-Creed

Benjamin Bain-Creed
Florida Bar # 0021436
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
704/344-6222 (Main Line)
704/227-0197 (Fax)
Benjamin.Bain-Creed@usdoj.gov