**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:25-CR-00282-SCR**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| **BIKRAMJIT AHLUWALIA,**<br>**Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion to Accept Early Payment of Monetary Penalties. The Court finds good cause to grant the requested relief.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall accept and deposit prepayment of the monetary penalties in this matter in any amount. Upon entry of the judgment, the Clerk will distribute the funds in accordance with the terms of the judgment without further order of this Court. **IT IS FURTHER ORDERED** that the Clerk shall provide a copy to the Financial Deputy Clerk.

**SO ORDERED**.

Signed: March 5, 2026

Susan C. Rodriguez
Susan C. Rodriguez
United States District Judge