**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:25-cr-00282-MOC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **BIKRAMJIT AHLUWALIA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing. (Doc. No. 61). Having considered the matter and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Continue Sentencing Hearing, (Doc. No. 61), is **GRANTED,** and the Clerk of Court is instructed to continue this matter to the next appropriate sentencing term.

Signed: August 18, 2026

Max O. Cogburn Jr
United States District Judge